UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD MACDONALD,
*Plaintiff,*

vs.

BYRON D. OLIVER,
*Defendant.*

CA 05 409 T

**COMPLAINT**

**I. INTRODUCTION**

1. This lawsuit is brought by Plaintiff to enforce the terms of a promissory note entered into by Plaintiff and Defendant.

**II. JURISDICTION**

2. This court has original jurisdiction of this matter pursuant to *28 U.S.C. § 1332*, because the matter in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00) and is between citizens (so defined) of different states.

**III. PARTIES**

3. Plaintiff, Edward MacDonald, is a resident of Johnston, Rhode Island.

4. Defendant, Byron D. Oliver, is a resident of St. John, the Virgin Island.

**IV. VENUE**

5. Venue is properly placed in the United States District Court for the District of Rhode Island pursuant to *28 U.S.C. § 1391(c)* because the Defendant is subject to personal jurisdiction in this forum.

## V. FACTS

6. On or about, October 31, 2003, defendant, Byron D. Oliver, together with Oliver Holding Corporation, executed and delivered to plaintiff a promissory note in the original principal amount of Three Hundred Thousand and 00/100 ($300,000.00) Dollars together with interest ("Promissory Note"). A copy of the Promissory Note is attached hereto and incorporated herein as Exhibit A.

7. Defendant agreed to make principal and interest payments in the amount of Four Thousand Two Hundred Thirty –eight and 18/100 ($4,238.18) Dollars on a monthly basis, commencing on November 30, 2003, and continuing on the same day of each month thereafter until October 31, 2010, when the entire principal balance and all accrued interest under the Promissory Note would be due and payable.

8. Defendant agreed that the entire unpaid balance of the Promissory Note would become due and payable in the event that the defendant failed to make any payment of principal and interest as the same should become due and payable, and such failure should continue for ten (10) days.

9. Defendant, in the Promissory Note, expressly waived notice of nonpayment, presentment, and demand for payment or protest.

10. Defendant also agreed that, in the event of any default in the Promissory Note , he would pay all reasonable costs of collection including, without limitation, reasonable attorney's fees for all of the services rendered to the plaintiff in that connection.

11. Defendant is in default of his obligations under the Promissory Note to the plaintiff.

12. Defendant has failed to make the monthly payments under the Promissory Note so the entire amount of the remaining balance is now due and payable.

13. The remaining principal balance under the Promissory Note is Two Hundred Thirty-eight Thousand Seven Hundred Thirty –one and 85/100 ($238,731.85) Dollars.

Wherefore, plaintiff demands judgment against the defendant, Byron D. Oliver, for the unpaid balance due under the Promissory Note in the amount of Thirty-eight Thousand Seven Hundred Thirty –one and 85/100 ($238,731.85) Dollars in addition to interest, costs and attorney's fees.

Plaintiff,
By his attorney,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Date: 9/28/05