Property of U.S. District Court
District of Rhode Island
DEC 14 2005
RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD MACDONALD,

*Plaintiff,*

vs. C.A. No.: 05-409T

BYRON D. OLIVER,

*Defendant.*

STIPULATION ACCEPTING SERVICE

The undersigned hereby accepts service of the Third Party Complaint on behalf of Byron D. Oliver.

Dan P. Carter, Esq. #3216
Law Office of Daniel P. Carter
222 Jefferson Boulevard
Warwick, RI 02888

Dated:
12/1/05