UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD MACDONALD,

*Plaintiff,*

vs. C.A. No.: 05-409T

BYRON D. OLIVER,

*Defendant.*

**PLAINTIFF, EDWARD MACDONALD'S ANSWER TO THE DEFENDANT'S COUNTERCLAIM**

Now comes the plaintiff, Edward MacDonald and answers the defendant's counterclaim as follows:

1. Plaintiff denies the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6, 7 and 8 of the defendant's counterclaim.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff pleads that the defendant has no standing to bring this counterclaim.

**SECOND AFFIRMATIVE DEFENSE**

The plaintiff pleads that the defendant is not a party to the non-compete agreement.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff did not give his consent for an assignment of this agreement to the defendant as set forth in the agreement.

Plaintiff,
By his attorney,

[signature]

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the within Answer was mailed, postage prepaid, on this 22nd day of December, 2005 to:

Joshua Teverow, Esq.
55 Pine Street, Suite 5
Providence, RI 02903

Dan P. Carter, Esq.
Law Office of Daniel P. Carter
222 Jefferson Boulevard
Warwick, RI 02888

[signature]