UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD MACDONALD,

*Plaintiff,*

vs. C.A. No.: 05-409T

BYRON D. OLIVER,

*Defendant.*

**RENOTICE TO TAKE DEPOSITION**

**DEPONENT:** Byron D. Oliver

**DATE:** Wednesday, March 29, 2006

**TIME:** 1:30 PM

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the Defendant in the above-captioned matter will take the deposition of the above-named individual on oral examination. This examination will continue from day to day until completed and will commence on the date and at the time above stated at the offices of **DESISTO LAW, 211 Angell Street, Providence, Rhode Island 02906,** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
By their Attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the within Notice to Take Deposition was mailed, postage prepaid, on this 9th day of March, 2006 to:

Joshua Teverow, Esq.
55 Pine Street, Suite 5
Providence, RI 02903

Barbara Harris, Esq.
248 Bowen Street
Providence, RI 02906

Dan P. Carter, Esq.
Law Office of Daniel P. Carter
222 Jefferson Boulevard
Warwick, RI 02888

Patricia Aloisio
20 Pine Top Road
Barrington, RI 02806

Laura [signature]