# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Edward MacDonald**

Vs. **CA No. 05-409T**

**Byron D. Oliver**

## ENTRY OF APPEARANCE

The undersigned, Barbara Harris, hereby enters her appearance as co-counsel for the Defendant, Byron D. Oliver.

**Byron D. Oliver**
By his Attorney

Barbara Harris

**Barbara Harris** **#3023**
248 Bowen Street
Providence, RI 02906
Phone: 751-2022
Fax: 751-1440

## Certification

I certify that I caused a copy of this document to be served upon the following counsel by fax / first class mail, postage prepaid on the 16th day of MARCH, 2006.

Mark DeSisto Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Danial P. Carter Esq.
222 Jefferson Blvd
Warwick, RI 02888

Joshua Teverow Esq.
55 Pine Street
Providence, RI 02903

Barb Harris