# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Edward MacDonald**

vs. **CA No. 05-409T**

**Byron D. Oliver**

## DEFENDANT'S MOTION TO AMEND ANSWER AND COUNTERCLAIM TO COMPLAINT

Byron D. Oliver, pursuant to Federal Court Rules of Civil Procedure 12 and 15, hereby moves to Amend his Answer to file affirmative defenses and amend his compulsory counter-claim against the plaintiff in the above- entitled matter in the form attached hereto and entitled "Amended Answer and Counter-claim of Byron D. Oliver".

Byron D. Oliver,
By his Attorneys,

Barbara Harris #3023
248 Bowen Street
Providence, RI 02906
Phone: 751-2022
Fax: 751-1440
Email: bhlaw@cox.net

Joshua Teverow, Esquire RI BAR #2132
55 Pine Street
Providence, RI 02903
401-272-2900
401-331-2656 (Fax)

Daniel P. Carter, Esquire RI BAR # 3256
Law Office of Daniel P. Carter
222 Jefferson Blvd.
Warwick, RI 02888
401-732-6863

401-732-5438 (Fax)

**Certification**

I certify that I caused a copy of this document to be served upon the following counsel by fax / first class mail, postage prepaid on the 1St day of april, 2006.

Marc DeSisto Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906
272-9937

Borden Harris