Corporations Database

# Rhode Island Corporation Search:

Corporation Status: Active

Look In: Corporation Name

Search Terms:

Search Type: Show Records with ALL of the above terms. Click Here for help with Boolean Searches

Submit Reset

---

ANNUAL REPORT AUTO-FILL
Please Select the Year you are filing for:
2004: (View in Browser) OR (Save to PC)

2005: OR

2006: OR
(Note: You Need Adobe Reader Version 7 or above to create an auto-filled annual report, Click Here for the free download)

---

For Frequently Asked Questions regarding our Annual Report Autofill function or PDF's, Click Here

---

# ID# 135545

## Oliver Holding Corporation

**Purpose:** WAREHOUSE SERVICES

**General Information**

**Status:** AC
**Charter:** DBC
**Chapter: TITLE: 7-1.1-51**
**State: RHODE ISLAND**
**Duration: PERPETUAL**
**File Date: 10 /22 /2003**
**Effective Date:10/22/2003**
**Last Report Date: 03/11/2005**

**Annual Report Image:**
2004 Annual
2005 Annual
2006 Image Not Available
**Help On Viewing Annual Reports**

**Sic Code: --**

**Authorized Shares: 1,000 COMM NO PAR VALUE**

---

**Business Address**

Oliver Holding Corporation

**Name and Address of the Registered/Resident Agent**

CARL I. FREEMAN, ESQ.

180 FRENCHTOWN ROAD
NORTH KINGSTOWN, RI
02852-, USA
(401)732-6863

ONE PARK ROW, SUITE 300
PROVIDENCE, RI02903- USA
Agent is active...Registered office is maintained

---

**Primary Officer/Director/Partner/Manager Information**

**Title:** PRESIDENT
THOMAS J JOHNSTON
180 FRENCHTOWN ROAD/EMAC
WAREHOUSE SERVICE
NORTH KINGSTOWN, RI02852-, USA

**Mailing Information**

N/A

---

**Event Information**

Activity

---

Corporations Division
Office of the Secretary of State Matthew A. Brown
148 West River St.
Providence, RI 02904
corporations@sec.state.ri.us
www.sec.state.ri.us

Business Hours:
M-F 8:30 am to 4:30 pm
Tel. (401) 222-3040
Fax. (401) 222-1309
Director: Sandra Williams