**SALE OF STOCK IN**
**EMAC WAREHOUSE SERVICES, INC. BY**
**EDWARD MACDONALD**
**AND**
**THOMAS JOHNSTON ("Sellers")**
**TO**
**OLIVER HOLDING CORPORATION ("Purchaser")**

**OCTOBER 31, 2003**

**SALE OF STOCK IN
EMAC WAREHOUSE SERVICES, INC. BY
EDWARD MACDONALD
AND
THOMAS JOHNSTON ("Sellers")
TO
OLIVER HOLDING CORPORATION ("Purchaser")**

**TABLE OF CONTENTS**

1. Stock Purchase Agreement dated October 31, 2003
2. Stock Power – Thomas Johnston
3. Cashiers Check payable to Thomas Johnston for three hundred-fifty thousand dollars ($350,000.00)
4. Promissory Note payable to Thomas Johnston
5. Pledge Agreement Thomas Johnston, (" the Pledgee")
6. Resignation by Thomas Johnston
7. Guaranty
8. Security Agreement
9. UCC 1 Financing Statement – Thomas Johnston
10. Non-Compete Agreement – Thomas Johnston
11. Employment Agreement between EMAC Warehouse Services, Inc. and Thomas Johnston
12. Stock Power – Edward MacDonald
13. Cashiers Check payable to Edward MacDonald for three hundred-fifty thousand dollars ($350,000.00)
14. Promissory Note – Edward MacDonald
15. Pledge Agreement – Edward MacDonald ("the Pledgee")
16. Resignation by Edward MacDonald
17. Guaranty

18. Security Agreement

19. UCC 1 Financing Statement, Edward MacDonald

20. Non-Compete Agreement – Edward MacDonald

21. Sublease between EMAC Warehouse Services, Inc. and EMAC Transport Co., Inc.