# ASSUMPTION AND INDEMNIFICATION AGREEMENT

THIS ASSUMPTION AND INDEMNIFICATION AGREEMENT is made and entered into this 31st day of October, 2003, by and between **EMAC Transport Co., Inc.**, a Rhode Island corporation ("EMAC Transport""), and **Byron D. Oliver**, of St. John V.I. ("Oliver ").

WITNESSETH

WHEREAS, EMAC Transport's sole shareholder is selling shares of stock in EMAC Warehouse Services, Inc., a Rhode Island corporation ("Lessor"), to Oliver's wholly owned corporation, Oliver Holding Corporation, a Rhode Island corporation;

WHEREAS, EMAC Transport has previously guaranteed certain leasing obligations on behalf of Lessor; and

WHEREAS, Oliver is willing to assume those guaranty obligations of EMAC Transport relating to EMAC Warehouse Services, Inc.

NOW, THEREFORE, in consideration of the foregoing, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

1. Oliver hereby assumes the burdens and obligations of all guaranty obligations by EMAC Transport relating to primary obligations of EMAC Warehouse Services, Inc. (the "Guaranteed Obligations").

2. In consideration of EMAC Transport's sole shareholder selling certain stock to Oliver's wholly owned corporation, Oliver hereby agrees to indemnify and hold EMAC Transport harmless from and against any and all claims, demands, actions, causes of action, costs, liabilities, damages or other expenses (including, without limitation, reasonable attorney's fees) arising out of or in connection with the Guaranteed Obligations.

3. This Agreement represents the entire agreement of the parties with respect to the subject matter hereof, and all prior written or oral agreements are hereby merged herein.

4. This Agreement is made and entered into in accordance with the laws of the State of Rhode Island, and any disputes arising out of this Agreement shall be resolved by courts located in the State of Rhode Island..

IN WITNESS WHEREOF, the parties have hereunto set their hands as of the date and year first above written.

WITNESS:

EMAC Transport Co., Inc.

By: ______________________
Edward L. MacDonald
Its President

______________________ ______________________
Byron D. Oliver

Agrement\EMACTransport\indem.doc