UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD MACDONALD,
*Plaintiff,*

vs. C.A. No.: 05-409T

BYRON D. OLIVER,
*Defendant.*

**PLAINTIFF'S ANSWER TO THE COUNTERCLAIM OF DEFENDANT, BYRON D. OLIVER SET FORTH IN HIS AMENDED ANSWER**

Now comes the plaintiff, Edward MacDonald and answers the counterclaim against him brought by the defendant in his amended answer as follows:

1. Plaintiff denies the allegations contained in paragraphs 1, 2, 3, 5, 6, 7 and 8 of the counterclaim.

2. Plaintiff makes no response to the allegations contained in paragraph 4 of the counterclaim and states that the terms of the non-compete agreement speak for themselves.

**Plaintiff requests a trial by jury regarding the defendant's counterclaim.**

Plaintiff,
By his Attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the within was mailed, postage prepaid, on this 30th day of May, 2006 to:

Joshua Teverow, Esq.
55 Pine Street, Suite 5
Providence, RI 02903

Barbara Harris, Esq.
248 Bowen Street
Providence, RI 02906

Daniel P. Carter, Esq.
Law Office of Daniel P. Carter
222 Jefferson Boulevard
Warwick, RI 02888

Laura Sz