UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD MACDONALD

Plaintiff

v.                                                          C.A. No.   05-409T

BYRON OLIVER

Defendant

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

For reasons stated in open court on June 12, 2006, defendant's motion to dismiss for failure to join an indispensable party is hereby denied.

By Order:

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: 7/5/06