**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDWARD MACDONALD

Plaintiff

v. C.A. No. 05-409T

BYRON OLIVER

Defendant

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

For reasons stated in open court on June 12, 2006, defendant's motion to dismiss for failure to join an indispensable party is hereby denied.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 7/5/06