UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDWARD MACDONALD,

*Plaintiff,*

vs. C.A. No.: 05-409T

BYRON D. OLIVER,

*Defendant.*

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to the F.R.C.P., Rule 30(b)(6), the Plaintiff in the above-captioned matter will take the deposition, on oral examination, of the person designated by deponent company, EMAC WAREHOUSE SERVICES, INC., as being most knowledgeable about the company's business practices, and relevant regulations and requirements under which said company operates. This examination will commence on **TUESDAY, AUGUST 22, 2006, AT 2:00 P.M.**, at the offices of DESISTO LAW, 211 Angell Street, Providence, Rhode Island 02906, before a Notary Public commissioned in the State of Rhode Island, and shall continue from day to day until completed.

Deponent shall bring to said deposition those items outlined in attached Exhibit A.

Plaintiff,
By his Attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

**Exhibit A**

Any and all documents that relate to a requirement for maintaining insurance as part of operating a warehouse business.

Any and all documents regarding any insurance policies, including but not limited to, notes, correspondence, policies, claims, and waivers, for the period of January 2003 through December 2005.

Any and all blank forms to be completed by clients and/or deponent company upon initiating deponent company's services.

Any and all blank forms to be completed by clients and/or deponent company upon terminating deponent company's services.

Any and all documents that refer to the maintenance of any environmental factors for the storage of clients' property.

Any and all documents that reflect advertising of services from January 2003 through December 2005.

Any and all documents that outline or otherwise specify the services and/or guarantees that deponent company offers, from January 2003 through December 2005.