UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**EDWARD MACDONALD.**
**Plaintiff**

VS. C.A. NO.: 05-409 T

**BYRON D. OLIVER**
**Defendant**

## DISMISSAL STIPULATION

All claims and counterclaims included or includable by either Party in this matter are hereby dismissed with prejudice and without taxation of costs.

Byron D. Oliver, Defendant
By his Attorney,

/s/ Barbara Harris
**Barbara Harris #3023**
248 Bowen Street
Providence, RI 02906
Phone: 751-2022
Fax: 751-1440
Email: bhlaw@cox.net

Edward MacDonald, Plaintiff
By is Attorney

/s/ Marc DeSisto
**Marc DeSisto #2757**
DeSisto Law
211 Angell Street
Providence, RI 02906
Phone: 272 4442
Fax: 272 9937
Email: marc@desistolaw.com